**Exhibit A**

The subject of Preston Campbell's testimony will include:

*the property damage that occurred at the property at issue in this litigation; and*

*what caused such property damage to occur;*

As outlined in my deposition taken in the *Ficeto v. Spectrum* case, I was hired by the Ficetos to finish construction of their Promontory home. My original agreement with the Ficetos only contemplated finishing the project, not conducting repairs.

I started on the project in January 2009. As described in my deposition taken in the *Ficeto v. Spectrum* case, we started discovering defects and physical manifestations of property damage throughout the home after we started work. We discovered that water intrusion into the home was soaking and damaging drywall and other areas and materials inside the home; water intrusion into the deck was causing stones to fall off the deck; defective construction and water intrusion was causing the deck to start falling apart; water running underneath the basement floor was causing the basement floor to heave and crack. The water damage, as confirmed by county building inspectors reports, did not appear until the spring thaw as melted snow began to run under the foundation and beneath the basement slab.

The 2008/2009 winter was fairly cold. Physical manifestations of water damage did not occur until after the snow and ice started to melt in the Spring of 2009. For example, water running underneath the basement floor caused the basement floor to significantly heave and crack sometime after February 10, 2009 and prior to September 4, 2009. Water intrusion into the deck caused stones to fall of the deck after February 10, 2009 and prior to September 4, 2009

*the repairs done on such property damage;*

The repairs done again are outlined in my deposition taken in the *Ficeto v. Spectrum* case as well as in the attached spreadsheet. It is my opinion that the highlighted repairs in the spreadsheet all were done to fix property damage caused by water intrusion/water leaks that appeared in the months after our work on the project began.

*the repairs still needed to be done on such property damage; and*

*the costs of the past and future repairs of such property damage*

The costs of past repairs of this property damage are outlined in the highlighted parts of the attached spreadsheet.

In addition to these past repairs, the Arbitrator awarded $540,702.00 for future repairs, of which $487,702 relates to replacement of the basement slab. As stated above, this replacement became necessary after the floor heaved and cracked sometime after February 10, 2009 and prior to September 4, 2009.

Other than the materials attached to and referenced in this report, Mr. Campbell relies on the following information and/or data in forming his opinions: (1) his conversations with Todd and Christina Ficeto; (2) his conversations with Craig Knickerbocker; (3) his conversations with Tony DeMita, structural engineer on the project; (4) his conversations with representatives from the Summit County Building Department; (5) his conversations with sub-contractors who worked on the project at issue; (6) his observations while on the job site; (7) photographs that he took while on the job site; and (8) Tony DeMita photographs and field observation reports.

DATED this 8th day of July, 2013.

Go West Development, LLC

/s/ Preston Campbell
President

# PRESTON CAMPBELL

2542 Silver Cloud Drive
Park City, Utah 84060
(435) 901-1854

Mr. Campbell has been active in the construction industry for the past thirty years and is currently the owner/builder of Go West Development, LLC

## Experience
| | |
|---|---|
| 1983-1986 | Computerized Auto Referral Service, Richmond, Virginia |
| 1986-2003 | Campbell Software Services, Richmond, Virginia |
| 2003 –Present | Go West Development, LLC, Park City, Utah |

## Memberships
| | |
|---|---|
| 2010-Present | Board Member Park City Park City Home Builders Association |
| 2013 | President Park City Home Builders Association |
| | Founding Member Go Green Utah |

## Licenses and Certifications
| | |
|---|---|
| 2003-Present | Utah General Contractor's License |
| 2010 | NAAB Certified Green Builder |

## Education
| | |
|---|---|
| 1979 | James Monroe High School, Fredricksburg, Virginia |
| 1983 | Hampden-Sydney College, BS Math |